IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ERNEST WARD                                                                                   PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 3:06CV61LN

MISSISSIPPI DEPARTMENT OF
CORRECTIONS                                                                                 DEFENDANT

## ORDER

This cause came on this date to be heard upon Objections to the Report and Recommendation of the United States Magistrate Judge, after referral of hearing by this Court; and the Court, having fully reviewed the record and court file in this matter,

IT IS, THEREFORE, ORDERED that the Report and Recommendation of the United States Magistrate Judge be, and the same hereby is, adopted as the finding of the Court, and the Plaintiff's Motion to Proceed *In Forma Pauperis* is hereby **denied.**

IT IS FURTHER ORDERED that the Plaintiff shall have thirty days from the date of this Order to pay his filing fees in this matter. The Plaintiff is advised and warned that his failure to pay filing fees could result in the dismissal of his suit.

IT IS SO ORDERED, this the 13th day of April, 2006.

/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE