# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**ERNEST WARD**                                                                                  **PLAINTIFF**

**VS.**                                                              **CIVIL ACTION NO. 3:06CV61LN**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**                              **DEFENDANT**

## FINAL JUDGMENT

This cause came before the court on a *sua sponte* review of the docket, which revealed that the Plaintiff has not responded to the court's Order of April 13, 2006, requiring him to pay a filing fee within thirty days, or the Order entered on July 27, 2006, requiring him to show cause for failure to pay his filing fee or otherwise respond. Both of these Orders advised the Plaintiff that failure to comply with their terms could result in the dismissal of his lawsuit.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter should be, and the same is hereby, dismissed without prejudice.

IT IS SO ORDERED, this the 12th day of October, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE